ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2016 FEB 17 PM 1:04
DEPUTY CLERK _____

| | |
|---|---|
| ISRELA GARCIA JR. § | |
| § | Case No. 3-16CV-0435D |
| *Plaintiff* § | |
| § | |
| vs § | |
| § | |
| ENHANCED RECOVERY COMPANY, § | |
| LLC. § | |
| § | |
| *Defendant* § | |

## ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Israel Garcia Jr. brings this complaint against Enhanced Recovery Company, LLC for a cause of action would respectfully show as follows:

### NATURE OF ACTION

1. This is an action for damages brought by an individual against Enhanced Recovery Company, LLC for violations of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 *et. seq.*

2. Plaintiff alleges that Defendant called his prepaid cellular telephone number using an automatic telephone dialing system as defined by the Telephone Consumer Protection Act, 47 U.S.C. §227 *et. seq.* and or artificial, prerecorded voice without his express consent to do so.

3. Defendant was informed on several occasions to not call Plaintiffs' cellular telephone and should be fully aware that Defendant had no prior express or implied consent to call the cellular telephone.

4. Plaintiff alleges that the Defendant has acted voluntarily, intentionally and under its own free will and knew or should have known that Defendant was engaged in acts that constitute violations of the TCPA.

## JURISDICTION AND VENUE

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 47 U.S.C. § 227(b)(3).

6. This Court has jurisdiction over Defendant pursuant to 28 U.S.C. §1391b because Defendant engages in business within this state.

7. Venue is proper pursuant to 28 U.S.C. §1391b and 47 U.S.C. §227(b)(3).

8. Venue in the Northern District of Texas, Dallas Division is proper in that the Plaintiff resides in State of Texas, Ellis County, City of Red Oak, the Defendant transacts business here, and the conduct complained of occurred here.

## PARTIES

9. The Plaintiff in this lawsuit is Israel Garcia Jr., a natural person and a resident of Ellis County, Texas.

10. The Defendant in this lawsuit is Enhanced Recovery Company, LLC (ERC) is a company with its principal office at 7014 Bayberry Road Jacksonville, FL 32256.

11. ERC may be served through its registered agent at C T Corporation System 1200 South Pine Island Road, Plantation, FL 33324.

## FACTUAL ALLEGATIONS

12. On or about November 17. 2014, ERC began calling the Plaintiff's prepaid cell phone number ends with 6564 from telephone numbers (800) 685-3118 and (800)-278-2420 which are numbers known to be used by ERC.

13. Defendant ERC called Plaintiff's prepaid cell phone number ends with 6564 total of 52 times [See Exhibit 1 and 2] on the following dates and times:

    1. November 17, 2014 at 1:42 PM
    2. November 28, 2014 at 12:36 PM
    3. December 9, 2014 at 2:42 PM
    4. December 22, 2014 at 3:05 PM
    5. January 2, 2015 at 3:13 PM
    6. January 13, 2015 at 2:39 PM
    7. January 26, 2015 at 2:18 PM
    8. February 17, 2015 at 12:25 PM
    9. March 24, 2015 at 10:13 AM
    10. April 9, 2015 at 2:30 PM
    11. April 15, 2015 at 2:12 PM
    12. April 17, 2015 at 9:56 AM
    13. April 18, 2015 at 10:55 AM
    14. April 21, 2015 at 10:56 AM
    15. April 23, 2015 at 10:21 AM
    16. April 27, 2015 at 1:43 PM
    17. April 28, 2015 at 9:56 AM
    18. May 9, 2015 at 10:47 AM
    19. May 14, 2015 at 11:09 AM
    20. May 18, 2015 at 1:03 PM
    21. May 20, 2015 at 2:04 PM
    22. June 1, 2015 at 3:10 PM
    23. June 3, 2015 at 12:57 PM
    24. June 4, 2015 at 12:22 PM
    25. June 5, 2015 at 10:44 AM
    26. June 8, 2015 at 12:38 PM
    27. June 10, 2015 at 1:39 PM
    28. June 11, 2015 at 10:44 AM
    29. June 12, 2015 at 10:43 AM
    30. June 13, 2015 at 12:40 PM
    31. June 17, 2015 at 2:33 PM
    32. June 22, 2015 at 1:30 PM
    33. June 23, 2015 at 12:21 PM
    34. June 24, 2015 at 1:27 PM
    35. July 1, 2015 at 2:16 PM
    36. July 2, 2015 at 11:56 AM
    37. July 7, 2015 at 12:03 Pm
    38. July 9, 2015 at 12:58 PM
    39. July 14, 2015 at 12:23 Pm
    40. July 16, 2015 at 10:46 AM
    41. July 21, 2015 at 12:25 PM
    42. July 23, 2015 at 10:35 AM
    43. July 28, 2015 at 10:43 PM
    44. July 29, 2015 at 1:48 PM
    45. August 18, 2015 at 10:42 AM
    46. August 20, 2015 at 10:46 AM
    47. August 25, 2015 at 1:21 PM
    48. August 27, 2015 at 12:50 PM
    49. September 3, 2015 at 11:43 AM
    50. September 8, 2015 at 2:36 PM
    51. September 9, 2015 at 4:14 PM
    52. September 24, 2015 at 2:12 PM

14. Plaintiff answered a call from the defendant on January 2, 2015 at 3:13 PM and there was a dead silence with no live person for a few seconds, then Plaintiff was greeted by a machine-generated message. The call duration was 26 seconds. [See Exhibit 1 and 2]

15. Plaintiff answered a call from the defendant on June 1, 2015 at 3:10 PM and there was a dead silence with no live person on the line. Call duration was 10 seconds. [See Exhibit 1 and 2]

16. Plaintiff answered several calls from the defendant and stated, "stop calling this number" but there was silence and no live person was on the line, then Plaintiff was greeted by a machine generated message [See Exhibit 1 and 2] on the following dates and times:
    a. June 3, 2015 at 12:57 PM (59 Second duration)
    b. June 8, 2015 at 12:38 PM (59 second duration)
    c. June 10, 2015 at 1:39 PM (35 second duration)
    d. June 23, 2015 at 12:21 PM (41 second duration)
    e. July 23, 2015 at 10:35 AM (1 minute duration)
    f. September 3, 2015 at 11:43 AM (59 seconds)

17. Out of the 52 calls that were made to Plaintiff's cell phone number ends with 6564, Defendant left total of 44 machine-generated messages on Plaintiff's prepaid cell phone. [See Exhibit 1 and 2]

18. Plaintiff took photos of the display of his phone after each call that the Defendant made to his cell phone. [See Exhibit 1]

19. Plaintiff made handwritten notes of the details of each call at or near the time of the call. See Exhibit B. [See Exhibit 2]

20. Plaintiff is the owner and subscriber of the wireless phone with the assigned number that ends with 6564, pays for the airtime for that prepaid wireless phone and has had service on and custody and control of that assigned number from November 2014 to present time.

21. In placing each telephone call ERC used a telephone dialing system with the capacity to automatically dial Plaintiff's cell phone and there was no person on the line when the call was answered, then he was greeted by a machine generated message.

22. Upon information and belief, Defendant intended to use an automatic telephone dialing system to place each of the telephone calls identified above.

23. Upon information and belief, Defendant had knowledge that it was using an automatic telephone dialing system to place each of the telephone calls identified above.

24. Upon information and belief, Defendant placed the telephone calls to Plaintiff identified above voluntarily.

25. Upon information and belief, Defendant placed the telephone calls to Plaintiff identified above under its own free will.

26. At no time has the Plaintiff given his express consent, written or otherwise, to ERC to call his cellular telephone number ends with 6564.

27. All calls made to Plaintiff's cell phone were for a non-emergency purpose.

28. Plaintiff has no prior or present established relationship with ERC.

29. Plaintiff has never heard of the Defendant prior to these phone calls.

30. Every time Plaintiff answers the calls and Defendant leaves messages and Plaintiff checks his voice mail, he is charged for the call.

31. On December 18, 2015, Plaintiff sent a Notice of intent to sue to ERC regarding the violations alleged herein. Plaintiff, in doing so, was making an attempt to mitigate damages prior to litigation. ERC failed to respond.

32. All violations complained of herein occurred within the statute of limitations of the applicable federal statute.

## COUNT I

## VIOLATIONS OF THE TCPA 47 U.S.C. § 227(b)(1)(A)(iii)

33. Plaintiff repeats and re-alleges each and every allegation stated above.

34. Defendant's aforementioned conduct violated the TCPA, 47 U.S.C. § 227 *et seq*.

   WHEREFORE, Plaintiff prays for relief and judgment, as follows:

   a) Adjudging that Defendant violated the TCPA 47 U.S.C. § 227 et seq.

b) Awarding Plaintiff statutory damages of $500.00 for the first call pursuant to TCPA, 47 U.S.C. § (b)(3)(B), and $1500.00 per call thereafter for willful and/or knowing violations pursuant to TCPA, 47 U.S.C. § 227(b)(3)(C);

c) Awarding Plaintiff all costs incurred in this action;

d) Awarding Plaintiff any post-judgment interest as may be allowed under the law;

e) Awarding such other and further relief as the Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff is entitled to and hereby demands a trial by jury.

Respectfully Submitted,

_____
Israel Garcia Jr.
115 Evening Star Circle
Red Oak, Texas 75154
972-816-6374
igarcia75115@yahoo.com

# EXHIBIT A













# EXHIBIT B



Case 3:16-cv-00435-D   Document 3   Filed 02/17/16   Page 13 of 20   PageID 17

Missed Call
800-685-3118
November 17, 2014
Monday 1:42 PM

Missed Call
November 28, 2015
Friday
12:36 PM
800-685-3118

Missed Call
800-685-3118
December 9, 2014
Tuesday
2:42 PM

Missed Call
1800-685-3118
December 22, 2014
Monday
3:05 PM

I answered the call and there was no live person and there was dead air for a few seconds, then I was greeted by a recording 26 seconds call came from 800-685-3118
Jan 2, 2015 3:13 PM

Missed Call
January 26, 2015
2:18 PM
800-685-3118
Monday

Missed Call
February 17, 2015
Tuesday 12:25 PM
800-685-3118

Missed Call
800-685-3118
January 13, 2015
Tuesday

Missed Call
800-685-3118
April 9, 2015
Thursday 2:38 PM

Missed call
800-278-2420
April 15, 2015
Wednesday 2:12 PM

Missed Call
April 17 2015 9:56 AM
April 13 2015 10:55 AM
800-278-2420

Missed call
800-685-3118
March 24, 2015
10:13 AM
Tuesday

Missed call
April 21, 2015
Tuesday 10:56 AM
800-278-2420

Missed call
800-278-2420
April 28, 2015
Tuesday 9:56 AM

Missed call from
800-278-2420
May 18, 2015
1:03 pm
Monday

I answered the call
from 800-278-2420
I said stop calling this
Number and there was
dead silence and No
live person was available.
Available. Then I was
greeted by A recording
June 3, 2015 Wed 12:57 AM
59 seconds

Missed call
April 23, 2015
10:21 AM
Thursday
800-278-2420

Missed call
May 9, 2015
Saturday 10:47 AM
800-278-2420

May 20, 2015
Wednesday 2:04 PM
800-278-2420
Missed call

Missed call
June 4, 2015
12:22 PM
Thursday
800-278-2420

Missed call
800-278-2420
April 27, 2015
1:43 PM
Monday

Missed call
May 14, 2015
Thursday 11:09 AM
800-278-2420

I answered the
call from 800-278-
2420 and I said
Stop calling this
Number and there
was No live person
and was dead air
June 1, 2015 at 3:10
PM    10 seconds
Monday

Missed call
800-278-2420
June 5, 2015
10:44 AM
Friday

I answered the call from 800-278-2420. I said stop calling this number, there was dead air, then I was greeted by a recording. Call duration 59 seconds. 06-08-15 12:38 PM

35 second duration. I answered the call from 800-278-2420. I said stop calling this number, there was no live person, then I was greeted by a recording.

Missed call 800-278-2420 June 11, 2015 10:44 AM

Missed call 800-278-2420 June 12, 2015 10:43 AM

June 13, 2015 12:40 PM

June 17, 2015 2:33 PM 800-278-2420

Missed call June 22, 2015 1:30 PM 800-278-2420

06-23-15 12:21 PM Call duration 41 seconds. I answered the call & there was silence for a few seconds, then was greeted by a recording. Call came from 800-278-2420.

Missed call 800-278-2420 June 24, 2015 1:27 PM

Missed Call July 1, 2015 2:16 PM 800-278-2420

Missed call July 2, 2015 11:56 AM 800-278-2420

Missed call July 7, 2015 12:03 PM 800-278-2420

Missed call July 9, 2015 12:58 PM 800-278-2420

Missed call July 14, 2015 12:33 PM

Missed Call
800-278-2420
July 16, 2015
10:46 Am

---

Missed call
800-278-2420
July 29, 2015 1:48

---

Missed Call
August 25, 2015
1:21 Pm
800-278-2420

---

Missed call From
800-278-2420
9-09-15
4:14 PM

---

July 21, 2015
12:25 Pm
800-278-2420

---

Missed call
800-278-2420
August 18, 2015
10:42 Am

---

August 27, 2015
12:53 Pm
800-278-2420

Missed call

---

Missed call
Sept 8, 2015 2:36 Pm
800-278-2420

---

Missed Call From
800-278-2420
9-24-15
2:12 Pm

---

July 23, 2015 10:35
1 minute duration
800-278-2420
I answered the Call and said Stop Calling this number then there was dead air No live person Available, then I was greeted by A recording

---

Missed Call
August 20, 2015
10:46 AM
800-278-2420

---

A Call came in from 800-278-2420 and I answered the call and Said Stop calling this number 2 tin and I was greeted a recording 9-03-15
11:43
59 seconds

JS 44-TXND (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Israel Garcia, Jr.

**(b)** County of Residence of First Listed Plaintiff   Ellis
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS**
Enhanced Recovery, Company, LLC

County of Residence of First Listed Defendant   Duvall
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

3-16CV-0435D

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
°47 U.S.C. § 227(b)(1)(A)(iii)

Brief description of cause:
Violations of the Telephone Consumer Protection Act

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED PENDING OR CLOSED CASE(S) IF ANY** *(See instructions):*
JUDGE   DOCKET NUMBER

DATE 01-14-2016
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

Date: **February 16, 2016**

Israel Garcia Jr.
115 Evening Star Cir
Red Oak, TX 75154

United States District ~~Court~~ Clerk
~~Filing Desk~~
1100 Commerce Street, Room 1452
Dallas, TX 75242

Dear Clerk

  Enclosed, please find payment for the filing fee, three (4) Original Complaints, Civil Cover Sheet, Certificate of Interested Person, Summons and a prepaid envelope. One Original Petition is for filing, the other is a copy for the Judge, and the last two is to be sent to me, both stamped and one with the summons.

If you have any questions, please email me at igarcia75115@yahoo.com or feel free to call me at 972-816-6374.

Thank you for your assistance in this regard.

                 Sincerely,

                 *[signature]*
                 **Israel Garcia, Jr.**

