IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISRAEL GARCIA, JR., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-0435-D |
| | § | |
| ENHANCED RECOVERY COMPANY, LLC, | § | |
| | § | |
|     Defendant. | § | |

**AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**

TO THE HONORABLE COURT:

COMES NOW Defendant, Enhanced Recovery Company, LLC ("Enhanced"), and files this Agreed Motion for Entry of Agreed Protective Order. As evidenced by the signatures on the Agreed Protective Order submitted herewith, the parties are in agreement that the Agreed Protective Order submitted herewith should be entered by the Court. This Order will govern the use of confidential documents and information in this matter.

WHEREFORE, Defendant prays that this Court enter the Agreed Protective Order filed herewith.

Respectfully submitted,

By: *s/ Brian A. Kilpatrick*
    Brian A. Kilpatrick
    State Bar No. 00784392
    Richard L. Smith
    State Bar No. 24098446
    JACKSON WALKER L.L.P.
    2323 Ross Ave., Ste. 600
    Dallas, Texas 75201
    Telephone:  (214) 953-6000
    Facsimile:  (214) 953-5822
    Email: bkilpatrick@jw.com
    Email: rlsmith@jw.com

ATTORNEYS FOR DEFENDANT
ENHANCED RECOVERY COMPANY, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system,. I further certify that a true and correct copy of the foregoing instrument is also being mailed to the plaintiff at the following address:

Israel Garcia, Jr.
115 Evening Star Circle
Red Oak, Texas 75154

    *s/ Brian A. Kilpatrick*
    Brian A. Kilpatrick