IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISRAEL GARCIA, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-0435-D |
| | § | |
| ENHANCED RECOVERY COMPANY, LLC, | § § | |
| | § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW Plaintiff, Israel Garcia, Jr., and Defendant, Enhanced Recovery Company, LLC, and file this Joint Notice of Settlement, and would respectfully show the Court the following:

The parties have reached a settlement with respect to all claims in the above-referenced matter. The parties anticipate finalizing formal settlement documents and submitting a joint dismissal order to the Court on or before September 15, 2016.

Respectfully submitted,

*/s/ Israel Garcia, Jr.*
Israel Garcia, Jr.
115 Evening Star Circle
Red Oak, Texas 75154
(972) 816-6374

PLAINTIFF, *Pro Se*

*/s/ Brian A. Kilpatrick*
Brian A. Kilpatrick
State Bar No. 00784392
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 953-5933 (direct)
(214) 661-6656 (direct fax)
bkilpatrick@jw.com (email)

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that a true and correct copy of the foregoing instrument is also being emailed to the plaintiff

*/s/ Brian A. Kilpatrick*
Brian A. Kilpatrick