IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISRAEL GARCIA, JR., <br> Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:16-CV-0435-D |
| ENHANCED RECOVERY COMPANY, LLC, <br> Defendant. | § § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Israel Garcia, Jr. and Defendant Enhanced Recovery Company, LLC have notified the Court that they have settled their claims in the above styled lawsuit. As part of such settlement, the parties have jointly moved for the entry of this Agreed Order of Dismissal With Prejudice. Accordingly, it is therefore

ORDERED that Plaintiff's claims against Defendant in this case are dismissed with prejudice. It is further

ORDERED that all costs of court be taxed against the party incurring same, and each party shall pay their own attorneys' fees, if any.

This is a final order that disposes of all claims and all parties.

SIGNED this the __7th__ day of __September_____, 2016.

_____
Judge Presiding

AGREED ORDER OF DISMISSAL WITH PREJUDICE – Page 1

AGREED:

_____
Israel Garcia, Jr.
115 Evening Star Circle
Red Oak, Texas 75154
972-816-6374
Igarcia75115@yahoo.com

PLAINTIFF (*Pro Se*)


*s/ Brian A. Kilpatrick*
Brian A. Kilpatrick
State Bar No. 00784392
Richard L. Smith
State Bar No. 24098446
JACKSON WALKER L.L.P.
2323 Ross Ave., Ste. 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
Email: bkilpatrick@jw.com
Email: rlsmith@jw.com

ATTORNEYS FOR DEFENDANT
ENHANCED RECOVERY COMPANY, LLC